UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MURPHY MEDICAL ASSOCIATES, LLC; :
DIAGNOSTIC AND MEDICAL SPECIALISTS : Docket No.: 22-cv-00326-RNC
OF GREENWICH, LLC; and STEVEN A.R. :
MURPHY, M.D., : **STIPULATION OF DISMISSAL**
: **WITH PREJUDICE**
              Plaintiffs, :
  vs. :
:
MAGNACARE LLC, :
:
             Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs Murphy Medical Associates, LLC, Diagnostic and Medical Specialists of Greenwich, LLC and Steven A.R. Murphy, M.D. (collectively, the "Murphy Practice" or "Plaintiffs"), and the Defendant MagnaCare LLC ("MagnaCare"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order of January 17, 2024, the claims by Plaintiff against the Defendants in the above-captioned action are dismissed with prejudice as to the claims asserted in the Complaint filed in the above-captioned action (Dkt. No. 1-1).

**IT IS FURTHER STIPULATED AND AGREED** that MagnaCare will provide Plaintiffs with the self-funded plan information for those claims asserted in the Complaint filed in the above-captioned action (Dkt. No. 1-1), regarding which MagnaCare did not act as third-party administrator, within thirty days.

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiffs will forever forebear from pursuing recovery from any person or entity for any claims asserted in the Complaint in the above-filed action (Dkt. No. 1-1), regarding which MagnaCare acted as third-party administrator.

**IT IS FURTHER STIPULATED AND AGREED**, that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect

2

as an original signature.

Dated: February 16, 2024

| HARRIS BEACH PLLC | ROBINSON & COLE LLP |
|---|---|
| By: *Roy W. Breitenbach* <br> Roy M. Breitenbach, Esq. <br> 333 Earle Ovington Blvd., Suite 901 <br> Uniondale, NY  11553 <br> Telephone:  516-880-8378 <br> Facsimile:   516-880-8483 | By: *Patrick W.  Begos* <br> Patrick Begos, Esq. <br> 1055 Washington Boulevard 9th Floor <br> Stamford, CT 06901 <br> Telephone:  203-462-7500 <br> Facsimile:   203-462-7599 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |